F I L E D
Clerk
District Court

MAY 04 2022

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ÖZCAN GENÇ, HASAN GÖKÇE, and SÜLEYMAN KÖŞ, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, and IMPERIAL PACIFIC INTERNATIONAL HOLDINGS LTD,<br><br>Defendants. | Case 1:22-CV-00002<br><br>**ORDER GRANTING DEFENDANT IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC'S MOTION FOR ATTORNEYS TO APPEAR BY VIDEO-TELECONFERENCE** |

    The Court, having reviewed Defendant Imperial Pacific International (CNMI), LLC ("Defendant")'s Motion for Attorneys Daniel H. Weiner, Amina Hassan and Eleanor Erney to Appear by Video-Teleconferencing at the May 12, 2022 hearing on Defendant's Motion to Dismiss the Complaint or, in the Alternative, Strike Plaintiffs' Class Action Allegations, HEREBY GRANTS the motion (ECF No. 15).

    SO ORDERED this 4th day of May, 2022.

_____
Hon. Ramona V. Manglona
Chief Judge