FILED
Clerk
District Court
MAY 12 2022
for the Northern Mariana Islands
By_____
(Deputy Clerk)

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

1:22-cv-00002                                         May 12, 2022
                                                      8:30 a.m.

**OZCAN GENC et al., -vs- IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC et al.,**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
         JENNY CHHEA, LAW CLERK
         HEIDI DOOGAN, COURT REPORTER
         FRANCINE ATALIG, COURTROOM DEPUTY
         RICHARD MILLER, ATTORNEY FOR PLAINTIFF
         JOEY SAN NICOLAS, ATTORNEY FOR DEFENDANT
         DANIEL WEINER, ATTORNEY FOR DEFENDANT (vtc)
         AMINA HASSAN, ATTORNEY FOR DEFENDANT (vtc)
         ELEANOR ERNEY, ATTORNEY FOR DEFENDANT (vtc)
         TAO XING, IPI REPRESENTATIVE

PROCEEDINGS: MOTION TO DISMISS

Court addressed Defendant's Motion to Dismiss the Complaint or, in the Alternative, to Strike Plaintiff's Class Action Allegations.

Court granted the motion to strike class action allegations.

Attorney Hassan argued in support of the motion to dismiss the complaint. Attorney Miller argued in opposition to the motion. Attorney Hassan argued in response. Court had questions and counsel responded.

Court granted Defendant's Motion to Dismiss the Complaint, ECF NO. [3], with leave for Plaintiffs to amend the complaint including to amend class definition. Court further granted Plaintiff's request for enlargement of time. Plaintiff's amended complaint is due Monday, June 27, 2022.

                                            Adjourned at 9:10 a.m.
                                            /s/ Francine Atalig, Courtroom Deputy