F I L E D
 Clerk
 District Court
 SEP 16 2022
 for the Northern Mariana Islands
 By_____
        (Deputy Clerk)

## IN THE DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ÖZCAN GENÇ, HASAN GÖKÇE, and SÜLEYMAN KÖŞ, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, and IMPERIAL PACIFIC INTERNATIONAL HOLDINGS LTD.,<br><br>Defendants. | CASE No. 1:22-cv-00002<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT AND MOTION TO WITHDRAW |

For good cause shown, Plaintiffs' Unopposed Motion to Reschedule Hearing on Motion to Dismiss First Amended Complaint and Motion to Withdraw, ECF No. 30, is GRANTED. The hearing on the two motions is reset to October 5, 2022, at 9:00 a.m.

Off-island counsel may appear via video teleconference and should contact the Clerk's Office for dial-in instructions.

SO ORDERED this 16th day of September, 2022.

_____
Ramona V. Manglona
Chief Judge

1