F I L E D
Clerk
District Court
OCT 05 2022
for the Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

1:22-cv-00002　　　　　　　　　　　　　　　　　　October 5, 2022
　　　　　　　　　　　　　　　　　　　　　　　　　9:00 a.m.

**OZCAN GENC et al., -vs- IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC et al.,**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
　　　　　PAMELA HUYNH, LAW CLERK
　　　　　HEIDI DOOGAN, COURT REPORTER
　　　　　FRANCINE ATALIG, COURTROOM DEPUTY
　　　　　RICHARD MILLER, ATTORNEY FOR PLAINTIFF
　　　　　JOEY SAN NICOLAS, ATTORNEY FOR DEFENDANT
　　　　　DANIEL WEINER, ATTORNEY FOR DEFENDANT (vtc)
　　　　　AMINA HASSAN, ATTORNEY FOR DEFENDANT (vtc)
　　　　　ELEANOR ERNEY, ATTORNEY FOR DEFENDANT (vtc)
　　　　　TAO XING, IPI REPRESENTATIVE

PROCEEDINGS: MOTION TO DISMISS FIRST AMENDED COMPLAINT / MOTION TO WITHDRAW

Court addressed Defendant's Motion to Dismiss the First Amended Complaint. Attorney Hassan argued in support of the motion and made arguments as to the fourth element. Attorney Miller argued in opposition to the motion and argued in response to the Defendant's arguments as to the fourth element. Attorney Hassan argued in response. Court had questions and counsel responded.

Court granted the Defendant's Motion to Dismiss the First Amended Complaint, ECF No. [24] but granted Plaintiffs leave to amend the issue identified as to the fourth element on plaintiff's sole employment discrimination claim in the first amended complaint in violation of Title VII on behalf of the three named plaintiffs. Court to supplement the decision with a memorandum. Plaintiffs to file second amended complaint no later than November 4, 2022. Court and counsel further discussed scheduling. If Defendant files a request for enlargement of time to respond to the second amended complaint, Court will grant the request for enlargement of time for Defendant to file a response.

Court addressed Attorney San Nicolas' Motion to Withdraw as Counsel, ECF No. [25]. Court withheld ruling of the motion.

　　　　　　　　　　　　　　　　　Adjourned at 10:15 a.m.
　　　　　　　　　　　　　　　　　/s/ Francine Atalig, Courtroom Deputy