Case 1:22-cv-00002   Document 43   Filed 01/05/23   Page 1 of 1

FILED
Clerk
District Court
JAN 05 2023
for the Northern Mariana Islands
By_____ (Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

1:22-cv-00002                                             January 5, 2023
                                                          9:10 a.m.

**OZCAN GENC et al., -vs- IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC et al.,**

PRESENT: HON. RAMONA V. MANGLONA, CHIEF JUDGE PRESIDING
         PAMELA HUYNH, LAW CLERK
         HEIDI DOOGAN, COURT REPORTER
         AIKO D. ERUNGEL, DEPUTY CLERK
         RICHARD MILLER, ATTORNEY FOR PLAINTIFF
         JOEY SAN NICOLAS, ATTORNEY FOR DEFENDANT
         AMINA HASSAN, ATTORNEY FOR DEFENDANT (vtc)
         ELEANOR ERNEY, ATTORNEY FOR DEFENDANT (vtc)
         TAO XING, IPI REPRESENTATIVE

PROCEEDINGS: MOTION TO DISMISS

Court addressed Defendant's Motion to Dismiss the Second Amended Complaint with Prejudice ECF No. [38]. Attorney Hassan argued in support of Defendant's Motion to Dismiss. Attorney Miller argued in opposition to the defendant's motion. Court had questions and counsel responded.

Court recessed at 10:17 a.m.

Court resumed at 10:22 a.m.

Attorney Hassan provided rebuttal to Attorney Miller's opposition. Court had questions and counsel responded.

After hearing arguments, Court took the matter under submission and will issue a written decision.

                                            Adjourned at 10:42 a.m.
                                            /s/ Aiko D. Erungel, Deputy Clerk